## MISCELLANEOUS CASE COVER SHEET

**PLAINTIFFS**
CARLOS EDUARDO MARRÓN; MARIA MARRÓN; C.R., a minor; and S.A., a minor

**Attorney's** (Firm Name, Address, and Telephone Number)
Mayer Brown LLP, 1221 Avenue of the Americas, New York, NY 10020, Tel: (212) 506-2500, Email: jrussell@mayerbrown.com

**DEFENDANTS**
NICOLAS MADURO MOROS; FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA ("FARC"); THE CARTEL OF THE SUNS A.K.A. CARTEL DE LOS SOLES; VLADIMIR PADRINO LOPEZ; MAIKEL JOSE MORENO PEREZ; NESTOR LUIS REVEROL TORRES; TAREK WILLIAM SAAB; and TARECK EL AISSAMI

**Attorneys (If Known)**
N/A

**DESCRIPTION OF CASE**
Registration of Judgment From Another District

**Has this or a similar case been previously filed in SDNY?**

No? [✔]   Yes? [ ]   Judge Previously Assigned _____

If yes, was this case: Vol. [ ]   Invol. [ ]   Dismissed. No [ ]   Yes [ ]

If yes, give date: _____   & Case No. _____

**NATURE OF CASE**

- [ ] M 08-85 Motion to Compel
- [ ] M 08-85 Motion to Quash
- [ ] M 08-86 Internet Infringement
- [ ] M 08-88 Surety Companies
- [ ] M 08-425 Sureties Proceedings
- [ ] M 11-03 SEC Litigation to Freeze Account
- [ ] M 11-188 GJ Subpoenas - Unsealed
- [ ] M 11-189 GJ Subpoenas - Sealed
- [ ] M 16-88 Sale of Unclaimed Seamen's Effects
- [ ] M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
- [✔] M 18-302 Registration of a Judgment from Another District
- [ ] M 18-304 Administrative Subpoena Proceedings
- [ ] M 18-305 Registration of Student Loan Judgment
- [ ] M 18-981 Nonjudicial Civil Forfeiture Proceeding
- [ ] M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
- [ ] M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
- [ ] M 19-63 Receivers - Property in Other Districts
- [ ] M 19-78 Denial to Sue In Forma Pauperis
- [ ] M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
- [ ] M 22-2 Designation of individual to issue certified copies in bankruptcy part
- [ ] M 23 Petition to Perpetuate Testimony
- [ ] M 25-1 Order for Entry to Effect Levy - IRS Matter
- [ ] M 25-2 Permission to have access to safe deposit boxes
- [ ] M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union
- [ ] M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
- [ ] M 28 Warrant for Entry & Inspection of Premises
- [ ] M 29 Privacy Act Application
- [ ] M 30 Privacy Act Application
- [ ] M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
- [ ] M 32 Petition for Writ to Produce Federal Prisoner in State Court
- [ ] M 33 Inspection Warrant - Department of Energy
- [ ] M 34 Order of Another District Court that the State Court Produce
- [ ] M 35 Order to Stay Transfer of Federal Prisoner
- [ ] M 36 National Labor Relations Board
- [ ] M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
- [ ] M 38 Application for Reassignment of Bankruptcy Proceeding
- [ ] M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
- [ ] M 41 Order of Return of 28:2254/2255 Petition
- [ ] M 42 Order Denying Stay of Deportation
- [ ] M 43 Contempt of Court in Bankruptcy
- [ ] M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
- [ ] M 46 Order from Another District for Public Viewing
- [ ] M 47 Bankruptcy Cases - Before Appeal Filed
- [ ] M 47B Transmission of Proposed Findings of Fact and Conclusions of Law
- [ ] M 48 Application for Appointment of Counsel - No Case in This Court
- [ ] M 49 Order Denying Commencement of Civil Action
- [ ] M 51 Order to Show Cause - Case Being Transferred from Northern District of New York
- [ ] M 52 Application for Leave to File a Complaint
- [ ] M 53 Order Barring Individual from Entering Courthouse Building
- [ ] M 54 Immigration Naturalization - Order Delaying Deportation
- [ ] M 55 Petition for Appointment of Impartial Umpire – Labor Management Relations Act and Others
- [ ] M 58 Application for Extension of Time to File Petition for Removal
- [ ] M 59 Application to Produce Federal Prisoner in State Court
- [ ] M 67 Notice of Eviction to Squatters (USA Cases)
- [ ] M 71 Application re: Federal Rules Cr. 11(e)(2)
- [ ] M 72 Order of Attachment of Another District – EDNY
- [ ] M 73 Subpoena to Government Agency
- [ ] M 75 Application for Writ of Garnishment
- [ ] M 76 Central Violations Bureau
- [ ] M 77 Application to have subpoena issued to person living in this district regarding action in foreign country or tribunal
- [ ] M 90 Order of Attachment
- [ ] M 93 Letters Rogatory _____
- [ ] M 94 Other _____
- [ ] M 98 Application to file a civil case under seal.
- [ ] M 100 Motion to Unseal – Criminal Duty Matter
- [ ] M 101 Motion to Unseal – Criminal
- [ ] M 102 Motion to Unseal – Civil

**DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY? IF SO, STATE:**

**JUDGE**_____MISCELLANEOUS CASE NUMBER_____

NOTE:  Please submit at the time of filing an explanation of why cases are deemed related

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

CARLOS EDUARDO MARRÓN; MARIA MARRÓN; C.R., a minor; and S.A., a minor

c/o
Jaime D. Guttman, Esq.
Scale Law Partners, LLC
777 Brickell Avenue, Suite 500
Miami, FL 33131

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

| | | | |
|---|---|---|---|
| Cartel of the Suns<br>Care of Oliver Antonio Alcala Cordones<br>Putnam County Jail<br>3 Country Center<br>Carmel, NY 10512 | Fuerzas Armada Revolucionarias De Columbia<br>Care of Juvenal Ovidio Ricardo Palmera Pineda<br>BOP Inmate No. 27896-016<br>USP Florence Admax<br>5880 Highway 67 South<br>Florence, CO 81226 | Maikel Jose Moreno Perez<br>Palacio de Justicia Tribunal Supremo de Justicia<br>Final Avenida Baralt Esquina Dos Pilitas, Foro Libertado<br>Codigo Postal 1010<br>Distrito Capital Caracas, Venezuela | Tareck El Aissami<br>Ministerio del Poder Popular de Petr6leo<br>Avenida Libertador con calle El Empalme,<br>Complejo MinPetr6leo - PDVSA, La Campina,<br>Caracas, Venezuela.<br>Dtto. Capital HOO |
| Nestor Luis Reverol Torres<br>Ministerio del Poder Popular de Relaciones Interiores<br>y Justicia Avenida Urdaneta<br>Esquina Platanal<br>Codigo Postal 1010, Distrito Capital<br>Caracas, Venezuela | Nicolas Maduro Moros<br>Ministerio del Poder Popular del Despacho<br>de la Presidencia<br>Palacio de Miraflores Final Avenida Urdaneta<br>Esquina de Bolero Codigo Postal 1010<br>Distrito Capital Caracas, Venezuela | Tarek William Saab<br>Ministerio Publico Fiscal General<br>Avenida Mexico Esquina de Pele Ojo<br>a Misericordia<br>Codigo Postal 1011<br>Distrito Capital Caracas, Venezuela | Vladimir Padrino Lopez<br>Ministerio del Poder Popular de Defensa<br>Avenida Los Proceres, Fuerte Tiuna,<br>Parroquia El Valle<br>Municpo Libertador, Codigo Postal 1090<br>Caracas, Venezuela |

**DEFENDANT(S) ADDRESS UNKNOWN**

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**CHECK ONE:** AT LEAST ONE PARTY IS PRO SE    No [ ]    Yes [✔]
**CHECK ONE:** THIS ACTION SHOULD BE ASSIGNED TO    WHITE PLAINS [ ]    MANHATTAN [✔]

**SIGNATURE OF ATTORNEY OF RECORD**

/s/ Jarman D. Russell

RECEIPT #

Daniel Ortiz, Acting Clerk of Court, _____

Dated: _____

**ADMITTED TO PRACTICE IN THIS DISTRICT**

[ ] U.S. GOVERNMENT ATTORNEY

[ ] NO

[✔] YES (DATE ADMITTED (MM/YY)  05/11  )
ATTORNEY BAR CODE # JR1648

Dated: 5/28/2025