UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLOS EDUARD MARRON *et al.*,

                    Plaintiffs,

            -v-

NICOLAS MADURO MOROS *et al.*,

                    Defendants.

25 Misc. 239 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On May 28, 2025, plaintiffs commenced this action to enforce a final judgment awarded by the U.S. District Court for the Southern District of Florida pursuant to the Anti-Terrorism Act ("ATA"). Dkts. 1, 3; *See Marron v. Maduro*, No. 21 Civ. 23190 (S.D. Fl. Feb. 14, 2023), Dkt. 46. Plaintiffs are family members of Carlos Marron who allege that Marron was kidnapped, tortured, and held hostage in Venezuela by, *inter alia*, Nicolas Maduro Moros. Dkt. 6.

On February 5, 2026, plaintiffs moved this Court to appoint a special process server, One World Judicial Services, to serve all defendants. Dkt. 6. Plaintiffs cited that "[u]nder analogous circumstances, the U.S. District Court" in Florida had appointed such a server in the underlying action.

The decision whether to grant a request for a court appointed process server is discretionary. *See* Fed. R. Civ. P. 4(c)(3) advisory committee's note (1993); *Zarro v. Spitzer*, 2008 WL 4399442, at * 1 (N.D.N.Y. Sept. 23, 2008). The Court is unaware of any authority that requires it to appoint a process server here, and declines to exercise its discretion to do so. Plaintiffs are at liberty to serve defendants using the process server of their choice.

1

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: February 6, 2026
        New York, New York

2