IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS EDUARDO MARRON et al,

Judgment Creditors,

**CASE NO. 1:2025-mc-00239**

v.

NICOLAS MADURO MOROS et al,

Judgment Debtors.

_______________________________/

**[PROPOSED] ORDER ON MARRON PLAINTIFFS' MOTION FOR TEMPORARY SEAL**

THIS CAUSE came before the Court on the Motion for Writs of Execution by the Marron Plaintiffs, in which the Marron Plaintiffs also requested an order temporarily to seal such motion. Upon due and careful consideration,

**IT IS ORDERED** as follows:

1. The Court has subject matter jurisdiction under the Terrorism Risk Insurance Act of 2002 ("TRIA"), Pub. L. No. 107-297, § 201(a), 116 Stat. 2322 (codified at 28 U.S.C. § 1610 note) to conduct post-judgment execution proceedings with respect to the Marron Plaintiffs' final judgment for acts of terrorism, rendered by a U.S. district court and properly registered in this district pursuant to 28 U.S.C. § 1963.

2. The Court orders that the Marron Plaintiffs' Motion for Writs of Execution, including any corresponding and supporting exhibits, remain under temporary seal.

3. The Motion for Writ of Execution will remain sealed until further order of this Court.

Case 1:25-mc-00239-PAE Document 16-1 Filed 07/16/26 Page 2 of 2

**AND IT IS SO ORDERED** this 16th day of July, 2026, in New York, New York.

Paul A. Engelmayer

**UNITED STATES**
**DISTRICT COURT JUDGE**